ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone:    (702) 384-9800
Facsimile:    (702) 665-4120
tsgro@sgroandroger.com
abondy@sgroandroger.com
*Attorney for Defendants*
  *Shara Party Center Inc.*
  *H & B Enterprise, Inc.*
  *JMD Vegas LLC*
  *Pico De Gallo L.L.C.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SHARA PARTY CENTER INC., a Nevada Corporation, H & B ENTERPRISE, INC., a Nevada Corporation, JMD VEGAS LLC, a Nevada Limited Liability Company, PICO DE GALLO L.L.C., a Nevada Limited Liability Company, and COUNTY OF CLARK, a Political Subdivision of the State of Nevada<br><br>Defendants. | Case No. 2:26-cv-00574-JAD-MDC<br><br>**SHARA PARTY CENTER INC.'s, H & B ENTERPRISE, INC.'s, JMD VEGAS LLC's, and PICO DE GALLO L.L.C.'s MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT [ECF No. 7]**<br><br>**(First Request)** |

Defendants SHARA PARTY CENTER INC., a Nevada Corporation[1] ("Sahara Party Center"), H & B ENTERPRISE, INC. ("H & B"), JMD VEGAS LLC ("JMD Vegas"), and

---

[1] SHARA PARTY CENTER INC.'s true and correct name on the SilverFlume website is "SAHARA PARTY CENTER INC."

-1-

PICO DE GALLO L.L.C. ("Pico De Gallo") (collectively, the "Entity Defendants"), by and through their counsel, ANTHONY P. SGRO of the law firm SGRO & ROGER, hereby submits this Motion to Extend Time to Respond to Plaintiffs' Complaint (the "Motion"). This Motion is made in accordance with LR IA 6-1 and LR 7-2 of the Local Rules of this Court. This is the first request for an extension of time to file a response to Plaintiff's Complaint.

This Motion is made and based on the papers and pleadings on file herein, the Memorandum of Points and Authorities attached hereto, and any oral argument that may be entertained by the Court at the time set for hearing of this matter, if any.

Dated this 23rd day of March 2026.

**SGRO & ROGER**

*/s/ Anthony P. Sgro, Esq.*
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
*Attorneys for Defendants Shara Party Center Inc., H & B Enterprise, Inc., JMD Vegas LLC, and Pico De Gallo L.L.C.*

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    PROCEDURAL BACKGROUND**

Plaintiffs filed their Complaint on March 1, 2026 [ECF No. 1]. Summons were issued as to all named Defendants on March 2, 2026 [ECF No. 2]. Defendant Sahara Party Center was served a copy of the Complaint and Summon on March 2, 2026. Undersigned counsel does not know the date of service for the other Entity Defendants. The current deadline for Sahara Party Center to respond to the Complaint is March 23, 2026, and the time for the other Entity Defendants cannot be any earlier than such date. Counsel for the Entity Defendants has just been retained and requires additional time to review the case and prepare a responsive pleading.

**II.    LEGAL STANDARD**

The Federal Rules of Civil Procedure ("FRCP") require a defendant to serve a responsive pleading within twenty-one (21) days after being served the summons and complaint. Fed. R. Civ. P. 12(a). The court has the discretion, for good cause, to extend the time a party has to serve a responsive pleading. Fed. R. Civ. P. 6(b)(1)(A). This rule should be liberally construed to support the general purpose of seeing that cases are adjudicated on the merits. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010). Absent bad faith on the part of the moving party, requests for extensions of time made before the deadline should normally be granted. *Id*. at 1259.

**III.    ARGUMENT**

The Entity Defendants respectfully request that this Court grant the Entity Defendants a three-week extension to file a responsive pleading to the Complaint.

Undersigned counsel was retained by the Entity Defendants on Friday, March 20, 2026, merely three (3) days before a responsive pleading was due for Sahara Party Center. For

purposes of efficiency and economy, the Entity Defendants sought joint representation for their defense. This required representatives of the Entity Defendants to coordinate conversations among themselves but also ensure shared availability to meet with undersigned counsel prior to retaining the services of Sgro & Roger.

Counsel for the Entity Defendants called and emailed counsel for the Plaintiffs on the afternoon of March 20, 2026, and again called the morning of March 23, 2026 to request a stipulation to the extension. As of the filing of this Motion, counsel for the Entity Defendants has not received a response from Plaintiffs' counsel.

Despite it being unknown whether H & B, JMD Vegas, and Pico De Gallo were served after March 2, 2026, the extension date requested herein is requested to be applicable to all of the Entity Defendants. Thus, any Answer or other response to the Complaint is intended to be filed on behalf of all of the Entity Defendants on or before April 13, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-4-

-5-

Providing the Entity Defendants a three-week extension to file a responsive pleading to the Complaint helps ensure that this case is adjudicated on the merits. Undersigned counsel acted in good faith, attempting to speak with opposing counsel prior to the filing of this Motion, but was unsuccessful in doing so. Further, this is the Entity Defendants' first request for an extension of time, and the circumstances warrant the herein requested relief. The Entity Defendants therefore respectfully request that this Court grant their Motion and extend the time to file a responsive pleading to the Complaint and order that any response by Entity Defendants shall be due on or before April 13, 2026.

Dated this 23rd day of March 2026.

**SGRO & ROGER**

*/s/ Anthony P. Sgro, Esq.*
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
*Attorneys for Defendants Shara Party Center Inc., H & B Enterprise, Inc., JMD Vegas LLC, and Pico De Gallo L.L.C.*

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 4-28-26

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Sgro & Roger, and that on the date below, I caused the foregoing SHARA PARTY CENTER INC.'S, H & B ENTERPRISE, INC.'S, JMD VEGAS LLC'S, AND PICO DE GALLO L.L.C.'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT to be filed and served via CM/ECF, addressed to the following:

LEE IGLODY, ESQ.
Nevada Bar No. 7757
IGLODY LAW
2580 St. Rose Pkwy.
Suite 330
Henderson, Nevada 89074
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
*lee@iglody.com*
*Attorney for Plaintiffs*

Dated this 23rd day of March 2026.

*/s/ Anthony P. Sgro, Esq.*
An employee of Sgro & Roger