Lee Iglody
Nevada State Bar No. 7757
**IGLODY LAW**
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Tel: (702) 425-5366
lee@iglody.com

John A. Salcedo
Florida State Bar No.: 14665
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com
Jsalcedo@mineolaw.com

Daniel F. Dickenson*
Florida State Bar No.: 28919
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com
DDickenson@mineolaw.com
Denisei@mineolaw.com
**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation,<br><br>Plaintiffs,<br>vs.<br><br>SAHARA PARTY CENTER INC, a Nevada Corporation, H&B ENTERPRISE, INC., a Nevada Corporation, JMD VEGAS | **Case No.:** 2:26-cv-00574-JAD-MDC<br><br>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

LLC, a Nevada Limited Liability Company, PICO DE GALLO L.L.C., a Nevada Limited Liability Company, and COUNTY OF CLARK, a Political Subdivision of the State of Nevada,

Defendants.

Pursuant to Local Rule IA 11-6(b), Rule 1.16 of the Nevada Rules of Professional Conduct, and this Court's order of August 27, 2026, I, John A. Salcedo, respectfully move for leave to withdraw as counsel of record for Plaintiffs. In support of this Motion, I state as follows:

1. I am a partner of The Mineo Salcedo Law Firm, P.A., counsel for Plaintiffs, and a member in good standing of The Florida Bar. I am not admitted to the bar of this Court and have not been admitted *pro hac vice* in this case.

2. On or about February 28, 2026, I prepared a draft of the Complaint in this matter, which was then sent to Lee Iglody, Nevada local counsel, for his independent review and approval. The Complaint was filed on March 1, 2026 [ECF No. 1].

3. On March 27, 2026, Mr. Dickenson filed a Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel (the "Verified Petition") [ECF No. 8]. On April 15, 2026, the Court entered an Order granting the Verified Petition [ECF No. 12].

4. At the hearing held on August 27, 2026 before Magistrate Judge Maximiliano D. Couvillier, III, the Court addressed the status of my *pro hac vice* admission and CM/ECF registration and ordered that, by September 4, 2026, Plaintiffs either file a Verified Petition for my admission *pro hac vice* or file a motion to withdraw me as counsel of record. This Motion is filed in compliance with that order.

5. Pursuant to Local Rule IA 11-6(b), notice of this Motion has been served on Plaintiffs John Meggs and Access 4 All, Inc. and on all opposing counsel of record. Plaintiffs have been informed of, and consent to, my withdrawal. Counsel for Defendants has been contacted and consents to the withdrawal, and this Motion is therefore unopposed.

6. Plaintiffs will remain fully represented in this matter by Mr. Dickenson, admitted *pro hac vice* [ECF No. 12], and by Mr. Iglody as designated Nevada local counsel. My withdrawal will not delay discovery, trial, or any hearing, and no party will be prejudiced.

WHEREFORE, I respectfully request that the Court enter an Order granting this Motion, withdrawing John A. Salcedo as counsel of record for Plaintiffs in this matter, and removing John A. Salcedo from future CM/ECF notifications in this case.

Dated: September 4, 2026

Respectfully submitted,

By: *_/s/John A. Salcedo_*
John A. Salcedo
Florida State Bar No.: 14665
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com
Jsalcedo@mineolaw.com

*_/s/ Daniel F. Dickenson_*
Daniel F. Dickenson*
Florida State Bar No.: 28919
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com
DDickenson@mineolaw.com
Denisei@mineolaw.com

**Admitted Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on September 4, 2026, we electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all registered counsel of record in this matter.

*/s/ John A. Salcedo*
John A. Salcedo, Esq.

*/s/ Daniel F. Dickenson*______
Daniel F. Dickenson, Esq.

IT IS SO ORDERED:The foregoing Motion to Withdraw by attorney John A. Salcedo is GRANTED.



______________________________
**Honorable Maximiliano D. Couvillier, III**
UNITED STATES MAGISTRATE JUDGE

DATED: 9-24-26