Lee Iglody, Esq.
Nevada Bar No. 7757
IGLODY LAW, PLLC
2580 St. Rose Pkwy., Suite 330
Henderson, Nevada 89074
Telephone: (702) 425-5366
lee@iglody.com

Daniel F. Dickenson, Esq.*
Florida Bar No. 28919
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Service@mineolaw.com
DDickenson@mineolaw.com
Denisei@mineolaw.com

*Admitted pro hac vice

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation,<br><br>Plaintiffs,<br>vs.<br><br>SAHARA PARTY CENTER INC, a Nevada Corporation, H&B ENTERPRISE, INC., a Nevada Corporation, JMD VEGAS LLC, a Nevada Limited Liability Company, PICO DE GALLO L.L.C., a Nevada Limited Liability Company, and COUNTY OF CLARK, a Political Subdivision of the State of Nevada,<br><br>Defendants. | **Case No.:** 2:26-cv-00574-JAD-MDC<br><br>**MOTION FOR LEAVE TO WITHDRAW DANIEL F. DICKENSON AS COUNSEL FOR PLAINTIFFS** |

Daniel F. Dickenson, Esq., admitted *pro hac vice* as counsel for Plaintiffs JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not for profit corporation ("Plaintiffs"), moves under LR IA 11-6(b) for leave to withdraw as counsel of record for Plaintiffs. Plaintiffs' designated resident counsel, Lee Iglody of Iglody Law, PLLC, joins in this motion and remains counsel of record for Plaintiffs. This motion is based on the following points and authorities and the papers on file.

**POINTS AND AUTHORITIES**

1. By order dated October 22, 2026, in *The Florida Bar v. Dickenson*, No. SC2026-1552, the Supreme Court of Florida suspended Mr. Dickenson from the practice of law for eighteen months, effective November 23, 2026.

2. An attorney admitted to practice in a particular case must be a member in good standing and eligible to practice before the bar of another jurisdiction of the United States. Although Mr. Dickenson is still an active attorney in Colorado, it is likely the Colorado Bar will suspend Mr. Dickenson as well. LR IA 11-2. Once both suspensions take effect, Mr. Dickenson will no longer meet that requirement, and he therefore seeks leave to withdraw. Mr. Dickenson has informed the Clerk of the suspension in writing as LR IA 11-7 requires.

3. LR IA 11-6(b) requires an attorney seeking to withdraw to file a motion and serve it on the affected client and opposing counsel. On November 20, 2026, Mr. Dickenson served a copy of this motion and of the suspension order on Plaintiffs by email, and Plaintiffs consent to his withdrawal. Defendant is served through CM/ECF. Counsel for Defendant has advised that Defendant does not oppose this motion.

4. Absent good cause, no withdrawal will be approved if it would delay discovery, the trial, or any hearing in the case. LR IA 11-6(e). No delay will result here. Plaintiffs remain represented by their resident counsel, Lee Iglody, who has appeared in this action, receives notice through CM/ECF, and has authority to sign binding stipulations. See LR IA 11-2. Plaintiffs do not ask the Court to change any deadline or setting.

5. No other attorney of The Mineo Salcedo Law Firm, P.A. will appear for Plaintiffs unless and until that attorney is admitted under LR IA 11-2. A new Pro Hac Vice will be submitted shortly.

Mr. Dickenson therefore requests that the Court grant him leave to withdraw as counsel for Plaintiffs and direct the Clerk to remove him from the CM/ECF service list for this action.

DATED: November 23, 2026.

**IGLODY LAW, PLLC**

*<u>/s/ Lee Iglody</u>*________________
Lee Iglody, Esq.
Nevada Bar No. 7757
2580 St. Rose Pkwy., Suite 330
Henderson, Nevada 89074
Telephone: (702) 425-5366
lee@iglody.com
*Resident Counsel for Plaintiffs*

**THE MINEO SALCEDO LAW FIRM, P.A.**

*<u>/s/ Daniel F. Dickenson</u>*__________
Daniel F. Dickenson, Esq.*
Florida Bar No. 28919
5600 Davie Road
Davie, Florida 33314
Telephone: (954) 463-8100
DDickenson@mineolaw.com
**Admitted pro hac vice*
*Withdrawing Counsel for Plaintiffs*

IT IS SO ORDERED.

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: 11-24-26

## CERTIFICATE OF SERVICE

I certify that on November 23, 2026, I electronically filed the foregoing MOTION FOR LEAVE TO WITHDRAW DANIEL F. DICKENSON AS COUNSEL FOR PLAINTIFFS through the Court's CM/ECF system, which will send notice of electronic filing to all registered counsel of record. I further certify that on the same date I served a copy on Plaintiffs John Meggs and Access 4 All, Inc. by email to johnmeggs426@gmail.com.

*/s/ Lee Iglody*
Lee Iglody, Esq.